**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-2241**

---

SAUNDRA S. BROOKE,

         Plaintiff - Appellant,

    v.

VANDERBILT MORTGAGE AND FINANCE, INC.,

         Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge. (1:22-cv-01432-JRR)

---

Submitted: April 20, 2023                               Decided: April 24, 2023

---

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Saundra S. Brooke, Appellant Pro Se. Dennis Kyle Deak, TROUTMAN PEPPER HAMILTON SANDERS LLP, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saundra S. Brooke appeals the district court's order dismissing without prejudice her action alleging violations of federal statutes. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Brooke v. Vanderbilt Mortg. & Fin., Inc.*, No. 1:22-cv-01432-JRR (D. Md. Nov. 18, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*